IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00887-CMA-MJW

JAVIER MUNOZ-MARQUEZ,

Petitioner,

v.

J. M. WILNER, Warden, FCI-Florence

Respondent.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the petitioner's Motion for Preliminary Review F.R.C.P. 4 of Section §2241 Proceedings (Docket No. 16) is granted to the extent that the petitioner is advised that a report and recommendation on his Application for a Writ of Habeas Corpus Pursuant to § 2241 (Docket No. 2) is expected to be issued by this court in the near future in due course.

Date: April 16, 2010