**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00887-CMA-MJW

JAVIER MUNOZ-MARQUEZ,

      Plaintiff,

v.

J. M. WILNER, Warden, FCI-Florence,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on Defendant's Status Report (Doc. # 26). The Court, upon review of the Status Report, notes that Plaintiff Munoz-Marquez was released from federal custody on September 1, 2010. Therefore, it is hereby

ORDERED that this action be DISMISSED WITH PREJUDICE.

DATED: September __8__, 2010

                    BY THE COURT:

                    _Christine M Arguello_

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Court Judge